UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Paola Angulo                                              Case No.: 24-12108-RAM
                                                                   Chapter 13

_____Debtor(s)_____/

## NOTICE OF COMPLIANCE WITH ORDER SETTING DEADLINES TO AVOID DISMISSAL

COMES NOW, the Debtor, Paola Angulo, by and through the undersigned attorney, and hereby files this Notice of Compliance with Order Setting Deadlines to Avoid Dismissal, and as grounds therefore alleges:

1. This case was set for confirmation on October 22, 2024.

2. At the confirmation hearing, the Trustee noted the deficiencies below:

    a. Plan does not pay Chapter 7 liquidation of $11,658.20 to the unsecured creditors OR $422,358.20 unless debtor can provide payoff of mortgages as date of filing plus explanation from mortgage holder why mortgages increased after Sub Chapter 5 and Chapter 13 and evidence of what happened to funds. (attorney hearsay letter of bare legal title without support –not addressed in letter dated 9/20).

3. At confirmation, the undersigned desired to present this case to the Judge.

4. However, the Trustee's staff attorney stated that they had been in negotiations to settle a claim with a potential creditor that affects the Chapter 7 liquidation test in the amount of $10,000.00.

5. The Debtor owns a business by the name of Sky Media Pay, Inc. Said business is in a Chapter 11 bankruptcy pending in the Southern District of Florida Case No.: 21-20444-LMI.

6. At the confirmation hearing, the Trustee also stated to the undersigned to obtain any documents pertaining to the proceeds of the pending sale of the Debtor's business's assets and undersigned responded that he would reach out to Roshawn Banks, Esq. who is representing the Chapter 11 Debtor. Ms. Banks' office was able to provide a Motion to Sell property of the estate which lists the business' assets as the property of the business. Ms. Banks' office is pending further documentation that was not available at the time of the deadline.

7. The Trustee stated on the record that this case was to be continued pending the negotiations with the potential creditor.

Wherefore, the Debtor submits that deadlines have been met pursuant to the Order, asks this Court to confirm this case at the next confirmation hearing, or allow the Debtor to be heard in front of the judge before any dismissal occurs.

**I HEREBY CERTIFY** that a true and correct copy of this Notice was sent to all parties on the attached service list on October 25, 2024.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Paola Angulo
200 Biscayne Blvd Way Apt 4702
Miami, FL 33131

All Creditors on the Matrix

Respectfully submitted:      **Jose A. Blanco, P.A.**
<u>October 25, 2024</u>      By: <u>*/s/ Jose A. Blanco*</u> | FBN: 062449
     Attorney for Debtor(s)
     102 E 49th ST
     Hialeah, FL 33013,
     Tel. (305) 349-3463
     E-mail: jose@blancopa.com