**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

PAOLA ANGULO,

Debtor.
_______________________________________/

Case No.: 24-12108-RAM
Chapter 13

**TD BANK, N.A.'S RESPONSE IN OPPOSITION**
**TO OBJECTION TO CLAIM ON SHORTENED NOTICE**

TD Bank, N.A. ("TD Bank"), by and through undersigned counsel, responds to the *Objection to Claim on Shortened Notice* (ECF No. 99) (the "Objection") filed by Debtor Paola Angulo ("Debtor") to Claim #16-1 by TD Bank, and states as follows:

1. The Objection objects to Claim #16-1 by TD Bank and requests an itemization of all monies paid by the "joint debtor", because "Debtor was a joint debtor on said claim with Sky Media Pay, Inc (Case No.: 21-20444-LMI), which filed a Subchapter V and completed it in February 2025" and "[u]pon information and belief, the claim is believed to be less than the amount filed."

2. The Objection requests an accounting for post-petition amounts paid to TD Bank, N.A. in the course of the bankruptcy of Sky Media Pay, Inc. Since the Petition Date of Debtor (March 1, 2024), TD Bank received the following payments (the "Post Petition Payments"):

| | | |
|---|---|---|
| 04/23/24 | Payment | $270.96 |
| 06/25/24 | Payment | $67.74 |
| 07/07/24 | Payment | $67.74 |
| 08/06/24 | Payment | $135.48 |
| 10/16/24 | Payment | $406.14 |
| | **Total** | **$948.06** |

3. The above amounts were paid in connection with the bankruptcy case of Sky Media, Inc. No further amounts are due to TD Bank under the terms of the bankruptcy plan of Sky Media, Inc., as TD Bank was an unsecured creditor in the bankruptcy and received a small *pro rata* payment of 2.282% on its claim, with the aggregate distribution to TD Bank totaling $2,167.98.

4. Attached as **Exhibit A** is a history of payments made on the loan underlying Claim #16-1 of TD Bank.

5. Therefore, TD Bank requests that the Claim #16 against the estate of Paola Angulo be allowed in the reduced amount of **$140,851.76**, representing the amount of the proof of claim #16-1 ($141,799.82) less Post Petition Payments.

**WHEREFORE**, TD Bank, N.A. requests that Claim #16-1 be allowed in the amount of $140,851.76, and for all other relief that is just and proper.

Date: April 14, 2025

Respectfully submitted,

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar No. 124156
amanda.klopp@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000/Fax: (561) 659-6313
*Counsel for TD Bank, N.A.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: /s/ *Amanda Klopp*
Amanda Klopp, Esq.

# Exhibit A

# TD Bank, America's Most Convenient Bank

**Name -** **SKY MEDIA, INC**
**Loan #** **[redacted]-9001**
**04/14/25**

Accrual Basis ___________/ 360

| DATE | TRANSACTION TYPE | NUMBER OF DAYS | PRINCIPAL | INTEREST | LATE FEES | ESCROW | TOTAL PAYMENT | BILLING DATE | MISC FEES | REMAINING PRINCIPAL | INTEREST RATE | ACCRUED INTEREST | REMAINING INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25/17 | Advance | | (60,390.00) | | | | | | | 60,390.00 | 8.38% | | |
| 09/28/17 | Initial | 3 | | | | | | | | 60,390.00 | 8.38% | 42.17 | 42.17 |
| 10/10/17 | Payment | 12 | 54,789.14 | 210.86 | | | 55,000.00 | | | 5,600.86 | 8.38% | 168.69 | 0.00 |
| 11/13/17 | Advance | 34 | (2,100.00) | | | | | | | 7,700.86 | 8.38% | 44.33 | 44.33 |
| 11/17/17 | Advance | 4 | (20,000.00) | | | | | | | 27,700.86 | 8.38% | 7.17 | 51.50 |
| 11/22/17 | Payment | 5 | | 40.42 | | | 40.42 | 11/22/17 | | 27,700.86 | 8.38% | 32.24 | 43.32 |
| 12/06/17 | Advance | 14 | (6,000.00) | | | | | | | 33,700.86 | 8.38% | 90.27 | 133.59 |
| 12/11/17 | Advance | 5 | (30,000.00) | | | | | | | 63,700.86 | 8.38% | 39.22 | 172.82 |
| 12/12/17 | Advance | 1 | (490.00) | | | | | | | 64,190.86 | 8.38% | 14.83 | 187.65 |
| 12/14/17 | Rate Change | 2 | | | | | | | | 64,190.86 | 8.63% | 29.88 | 217.53 |
| 12/22/17 | Payment | 8 | | 157.13 | | | 157.13 | 12/22/17 | | 64,190.86 | 8.63% | 123.10 | 183.50 |
| 01/22/18 | Payment | 31 | | 475.88 | | | 475.88 | 01/22/18 | | 64,190.86 | 8.63% | 477.03 | 184.65 |
| 01/22/18 | Advance | 0 | (20,000.00) | | | | | | | 84,190.86 | 8.63% | 0.00 | 184.65 |
| 02/22/18 | Payment | 31 | | 568.12 | | | 568.12 | 02/22/18 | | 84,190.86 | 8.63% | 625.66 | 242.19 |
| 03/02/18 | Advance | 8 | (10,000.00) | | | | | | | 94,190.86 | 8.63% | 161.46 | 403.65 |
| 03/22/18 | Rate Change | 20 | | | | | | | | 94,190.86 | 8.88% | 451.59 | 855.24 |
| 03/22/18 | Payment | 0 | | 584.28 | | | 584.28 | 03/22/18 | | 94,190.86 | 8.88% | 0.00 | 270.96 |
| 04/04/18 | Advance | 13 | (5,500.00) | | | | | | | 99,690.86 | 8.88% | 302.04 | 573.00 |
| 04/23/18 | Payment | 19 | | 720.54 | | | 720.54 | 04/22/18 | | 99,690.86 | 8.88% | 467.22 | 319.68 |
| 05/22/18 | Payment | 29 | | 737.71 | | | 737.71 | 05/22/18 | | 99,690.86 | 8.88% | 713.12 | 295.09 |
| 06/14/18 | Rate Change | 23 | | | | | | | | 99,690.86 | 9.13% | 565.58 | 860.67 |
| 06/22/18 | Payment | 8 | | 737.72 | | | 737.72 | 06/22/18 | | 99,690.86 | 9.13% | 202.26 | 325.21 |
| 07/23/18 | Payment | 31 | | 780.30 | | | 780.30 | 07/22/18 | | 99,690.86 | 9.13% | 783.76 | 328.67 |
| 08/22/18 | Payment | 30 | | 783.76 | | | 783.76 | 08/22/18 | | 99,690.86 | 9.13% | 758.48 | 303.39 |
| 09/24/18 | Payment | 33 | | 733.20 | | | 733.20 | 09/22/18 | | 99,690.86 | 9.13% | 834.33 | 404.52 |
| 09/27/18 | Rate Change | 3 | | | | | | | | 99,690.86 | 9.38% | 75.85 | 480.37 |
| 10/22/18 | Payment | 25 | | 818.05 | | | 818.05 | 10/22/18 | | 99,690.86 | 9.38% | 649.38 | 311.70 |
| 11/23/18 | Payment | 32 | | 805.22 | | | 805.22 | 11/22/18 | | 99,690.86 | 9.38% | 831.20 | 337.68 |
| 12/20/18 | Rate Change | 27 | | | | | | | | 99,690.86 | 9.63% | 701.33 | 1,039.00 |
| 12/24/18 | Payment | 4 | | 727.30 | | | 727.30 | 12/22/18 | | 99,690.86 | 9.63% | 106.67 | 418.37 |
| 01/23/19 | Renewal/Rate Char | 30 | | | | | | | | 99,690.86 | 9.13% | 800.02 | 1,218.39 |
| 01/24/19 | Rate Change | 1 | | | | | | | | 99,690.86 | 9.63% | 25.28 | 1,243.67 |
| 02/05/19 | LFee Eff 02/05/19 | 12 | | | (43.59) | | | | | 99,690.86 | 9.63% | 320.01 | 1,563.68 |
| 02/19/19 | Payment | 14 | 561.46 | 1,937.02 | 43.59 | | 2,542.07 | | | 99,129.40 | 9.63% | 373.34 | 0.00 |
| 02/19/19 | Reversal | 0 | (561.46) | (266.67) | (43.59) | | (871.72) | | | 99,690.86 | 9.63% | 0.00 | 266.67 |
| 02/21/19 | Payment | 2 | | | 43.59 | | | | | 99,690.86 | 9.63% | 53.33 | 320.01 |
| 03/22/19 | Payment | 29 | | 746.69 | | | 746.69 | 03/22/19 | | 99,690.86 | 9.63% | 773.35 | 346.67 |
| 04/22/19 | Payment | 31 | | 853.35 | | | 853.35 | 04/22/19 | | 99,690.86 | 9.63% | 826.69 | 320.01 |
| 05/22/19 | Payment | 30 | | 800.02 | | | 800.02 | 05/22/19 | | 99,690.86 | 9.63% | 800.02 | 320.01 |
| 06/24/19 | Payment | 33 | | 773.35 | | | 773.35 | 06/22/19 | | 99,690.86 | 9.63% | 880.02 | 426.68 |
| 07/22/19 | Payment | 28 | | 853.35 | | | 853.35 | 07/22/19 | | 99,690.86 | 9.63% | 746.68 | 320.01 |
| 08/01/19 | Rate Change | 10 | | | | | | | | 99,690.86 | 9.38% | 266.67 | 586.68 |
| 08/26/19 | Payment | 25 | | 820.46 | | | 820.46 | 08/22/19 | | 99,690.86 | 9.38% | 649.38 | 415.60 |
| 09/11/19 | Renewal/Rate Char | 16 | | | | | | | | 99,690.86 | 9.38% | 415.60 | 831.20 |

Internal
Internal

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/19 | Rate Change | 8 | | | | | | | | 99,690.86 | 9.13% | 207.80 | 1,039.00 |
| 09/23/19 | Payment | 4 | | 805.23 | | | 805.23 | 09/22/19 | | 99,690.86 | 9.13% | 101.13 | 334.90 |
| 10/22/19 | Payment | 29 | | 1,068.10 | | | 1,068.10 | 10/22/19 | | 99,690.86 | 9.13% | 733.20 | (0.00) |
| 10/31/19 | Rate Change | 9 | | | | | | | | 99,690.86 | 8.88% | 227.54 | 227.54 |
| 11/22/19 | Payment | 22 | | 768.53 | | | 768.53 | 11/22/19 | | 99,690.86 | 8.88% | 540.99 | 0.00 |
| 01/05/20 | LFee Eff 01/05/20 | 44 | | | (36.89) | | | | | 99,690.86 | 8.88% | 1,081.98 | 1,081.98 |
| 01/16/20 | Payment | 11 | | 737.72 | | | 737.72 | 12/22/19 | | 99,690.86 | 8.88% | 270.49 | 614.76 |
| 02/05/20 | LFee Eff 02/05/20 | 20 | | | (38.12) | | | | | 99,690.86 | 8.88% | 491.81 | 1,106.56 |
| 02/21/20 | Payment | 16 | | 762.30 | 75.01 | | 837.31 | | | 99,690.86 | 8.88% | 393.45 | 737.71 |
| 02/22/20 | Payment | 1 | | 762.30 | | | 762.30 | 02/22/20 | | 99,690.86 | 8.88% | 24.59 | 0.00 |
| 02/22/20 | Waive Late Fee | 0 | | | 38.12 | | 38.12 | 02/22/20 | | 99,690.86 | 8.88% | 0.00 | 0.00 |
| 03/04/20 | Rate Change | 11 | | | | | | | | 99,690.86 | 8.38% | 270.49 | 270.49 |
| 03/07/20 | LFee Eff 03/07/20 | 3 | | | (38.12) | | | | | 99,690.86 | 8.38% | 69.62 | 340.11 |
| 03/16/20 | Rate Change | 9 | | | | | | | | 99,690.86 | 7.38% | 208.85 | 548.96 |
| 03/22/20 | Payment | 6 | 16.61 | 671.59 | | | 688.20 | 03/22/20 | | 99,674.25 | 7.38% | 122.62 | (0.01) |
| 03/22/20 | Waive Late Fee | 0 | | | 34.41 | | 34.41 | 03/22/20 | | 99,674.25 | 7.38% | 0.00 | (0.01) |
| 04/05/20 | LFee Eff 04/05/20 | 14 | | | (34.41) | | | | | 99,674.25 | 7.38% | 286.07 | 286.06 |
| 04/22/20 | Payment | 17 | | 616.92 | | | 616.92 | 04/22/20 | | 99,674.25 | 7.38% | 347.36 | 16.50 |
| 06/19/20 | Payment | 58 | | 629.50 | | | 629.50 | 05/22/20 | | 99,674.25 | 7.38% | 1,185.13 | 572.13 |
| 07/22/20 | Payment | 33 | | 633.43 | | | 633.43 | 06/22/20 | | 99,674.25 | 7.38% | 674.30 | 613.00 |
| 08/21/20 | Payment | 30 | | 613.00 | | | 613.00 | 07/22/20 | | 99,674.25 | 7.38% | 613.00 | 612.99 |
| 10/15/20 | 1004 - Other - Prof/ | 55 | | | | | | | (150.00) | 99,674.25 | 7.38% | 1,123.83 | 1,736.82 |
| **11/20/20** | **Balance Forward** | **36** | | | | | | | | **99,674.25** | **7.38%** | **735.60** | **2,472.42** |
| 11/20/20 | 1004 - Other - Prof/ | 0 | | | | | | | (150.00) | 99,674.25 | 7.38% | 0.00 | 2,472.42 |
| 12/29/20 | 1004 - Other - Prof/ | 39 | | | | | | | (150.00) | 99,674.25 | 7.38% | 796.90 | 3,269.31 |
| 12/29/20 | 1004 - Other - Prof/ | 0 | | | | | | | | 99,674.25 | 7.38% | 0.00 | 3,269.31 |
| 01/22/21 | Payment | 24 | | 3,759.71 | | | 3,759.71 | 08/22/20, 09/22/20, 10/22/20, 11/22/20, 12/22/20, 01/22/21 | | 99,674.25 | 7.38% | 490.40 | 0.00 |
| 01/22/21 | Reversal | 0 | | (3,759.71) | | | (3,759.71) | 08/22/20, 09/22/20, 10/22/20, 11/22/20, 12/22/20, 01/22/21 | | 99,674.25 | 7.38% | 0.00 | 3,759.71 |
| 03/17/22 | Rate Change | 419 | | | | | | | | 99,674.25 | 7.63% | 8,561.52 | 12,321.23 |
| 05/05/22 | Rate Change | 49 | | | | | | | | 99,674.25 | 8.13% | 1,035.14 | 13,356.37 |
| 06/16/22 | Rate Change | 42 | | | | | | | | 99,674.25 | 8.88% | 945.41 | 14,301.78 |
| 07/28/22 | Rate Change | 42 | | | | | | | | 99,674.25 | 9.63% | 1,032.63 | 15,334.41 |
| 09/22/22 | Rate Change | 56 | | | | | | | | 99,674.25 | 10.38% | 1,493.12 | 16,827.53 |
| 09/30/22 | 1251 - Legal-Akerm | 8 | | | | | | | (644.00) | 99,674.25 | 10.38% | 229.92 | 17,057.45 |
| 10/11/22 | 1251 - Legal-Akerm | 11 | | | | | | | (291.50) | 99,674.25 | 10.38% | 316.13 | 17,373.58 |
| 10/12/22 | Payment | 1 | 203.52 | | | | | | | 99,470.73 | 10.38% | 28.74 | 17,402.32 |
| 10/13/22 | 1251 - Legal-Akerm | 1 | | | | | | | (2,069.74) | 99,470.73 | 10.38% | 28.68 | 17,431.00 |
| 10/27/22 | 1251 - Legal-Akerm | 14 | | | | | | | (484.00) | 99,470.73 | 10.38% | 401.53 | 17,832.53 |
| 11/03/22 | Rate Change | 7 | | | | | | | | 99,470.73 | 11.13% | 200.77 | 18,033.29 |
| 11/08/22 | Payment | 5 | 67.74 | | | | | | | 99,402.99 | 11.13% | 153.77 | 18,187.06 |
| 12/15/22 | Rate Change | 37 | | | | | | | | 99,402.99 | 11.63% | 1,137.09 | 19,324.15 |
| 12/22/22 | Payment | 7 | 67.74 | | | | | | | 99,335.25 | 11.63% | 224.79 | 19,548.94 |
| 01/13/23 | Payment | 22 | 67.74 | | | | | | | 99,267.51 | 11.63% | 706.00 | 20,254.93 |
| 01/19/23 | 1251 - Legal-Akerm | 6 | | | | | | | (509.00) | 99,267.51 | 11.63% | 192.41 | 20,447.35 |
| 02/02/23 | Rate Change | 14 | | | | | | | | 99,267.51 | 11.88% | 448.96 | 20,896.31 |
| 02/15/23 | Payment | 13 | 67.74 | | | | | | | 99,199.77 | 11.88% | 425.86 | 21,322.17 |
| 03/23/23 | Rate Change | 36 | | | | | | | | 99,199.77 | 12.13% | 1,178.49 | 22,500.66 |
| 03/31/23 | Payment | 8 | 67.74 | | | | | | | 99,132.03 | 12.13% | 267.40 | 22,768.06 |
| 04/10/23 | 1251 - Legal-Akerm | 10 | | | | | | | (701.00) | 99,132.03 | 12.13% | 334.02 | 23,102.08 |
| 04/24/23 | 1251 - Legal-Akerm | 14 | | | | | | | (116.00) | 99,132.03 | 12.13% | 467.63 | 23,569.71 |
| 05/04/23 | Rate Change | 10 | | | | | | | | 99,132.03 | 12.38% | 334.02 | 23,903.73 |
| 05/16/23 | Payment | 12 | 67.74 | | | | | | | 99,064.29 | 12.38% | 409.08 | 24,312.81 |
| 07/27/23 | Rate Change | 72 | | | | | | | | 99,064.29 | 12.63% | 2,452.83 | 26,765.65 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/06/23 | 1251 - Legal-Akerm | 41 | | | | | | | (599.50) | 99,064.29 | 12.63% | 1,424.96 | 28,190.60 |
| 11/09/23 | 1251 - Legal-Akerm | 64 | | | | | | | (38.50) | 99,064.29 | 12.63% | 2,224.32 | 30,414.93 |
| 11/28/23 | Payment | 19 | 1,083.87 | 541.92 | | | | | | 97,980.42 | 12.63% | 660.35 | 30,533.35 |
| 11/28/23 | Reversal | 0 | (541.95) | (541.92) | | | | | | 98,522.37 | 12.63% | 0.00 | 31,075.27 |
| 02/05/24 | 1251 - Legal-Akerm | 69 | | | | | | | (58.00) | 98,522.37 | 12.63% | 2,384.98 | 33,460.25 |
| 02/06/24 | Payment | 1 | 67.74 | | | | | | | 98,454.63 | 12.63% | 34.56 | 33,494.82 |
| 04/23/24 | Payment | 77 | 270.96 | | | | | | | 98,183.67 | 12.63% | 2,659.67 | 36,154.49 |
| 05/02/24 | 1251 - Legal-Akerm | 9 | | | | | | | (480.50) | 98,183.67 | 12.63% | 310.01 | 36,464.50 |
| 05/28/24 | 1251 - Legal-Akerm | 26 | | | | | | | (407.50) | 98,183.67 | 12.63% | 895.60 | 37,360.10 |
| 06/25/24 | Payment | 28 | 67.74 | | | | | | | 98,115.93 | 12.63% | 964.49 | 38,324.59 |
| 07/07/24 | Payment | 12 | 67.74 | | | | | | | 98,048.19 | 12.63% | 413.07 | 38,737.66 |
| 08/06/24 | Payment | 30 | 135.48 | | | | | | | 97,912.71 | 12.63% | 1,031.96 | 39,769.62 |
| 09/19/24 | Rate Change | 44 | | | | | | | | 97,912.71 | 12.13% | 1,511.45 | 41,281.06 |
| 10/16/24 | Payment | 27 | 406.14 | | | | | | | 97,506.57 | 12.13% | 890.76 | 42,171.82 |
| 11/08/24 | Rate Change | 23 | | | | | | | | 97,506.57 | 11.88% | 755.65 | 42,927.47 |
| 12/19/24 | Rate Change | 41 | | | | | | | | 97,506.57 | 11.63% | 1,319.26 | 44,246.74 |
| 12/20/24 | 1251 - Legal-Akerm | 1 | | | | | | | (104.50) | 97,506.57 | 11.63% | 31.50 | 44,278.24 |
| 04/09/25 | Today | 110 | | | | | | | | 97,506.57 | 11.63% | 3,465.00 | 47,743.24 |

Internal
Internal