UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                      CASE NO: 24-12108-RAM
                                                                            CHAPTER 13
PAOLA ANGULO AKA PAOLA ANGULO ZAPATA,

    Debtor
_____/

**REGIONS BANK'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM**

    Regions Bank ("Creditor"), by and through its undersigned counsel, files this *Response to Debtor's Objection to Claim*, and in support thereof states as follows:

    1.    The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on March 1, 2024.

    2.    Creditor holds a security interest in the Debtor's real property located at 200 Biscayne Boulevard Way Apt 4702, Miami, FL 33131-2165 (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 27478, at Page 1452, of the Public Records of Miami-Dade County, Florida (the "Mortgage"). The Mortgage secures a Note in the amount of $787,500.00 (the "Note").

    3.    The Mortgage gives Creditor a lien on the Property.

    4.    As a result of these defaults, Creditor commenced a foreclosure action in Miami-Dade County, Florida, which action ultimately resulted in the entry of a Final Judgment on September 27, 2022 (the "Judgment"). A true and correct copy of the Judgment is attached hereto as **Exhibit A**.

    5.    Pursuant to the Judgment, a foreclosure sale of the property was scheduled for November 28, 2022. Said sale was stayed by Debtor's filing of the instant bankruptcy petition.

6. Creditor filed Claim No. 17 in this case on May 10, 2024, which included pre-petition arrears in the amount of $344,633.42 and total debt of $1,040,133.76.

7. The Debtor filed an objection to said Claim (ECF No. 103) which indicates that the Debtor was a joint debtor on the Claim in the Small Business Chapter 11 of Sky Media Pay, Inc. (Case 21-20444-LMI). Debtor alone executed both the note and mortgage in her individual capacity. Moreover, Secured Creditor did not file a Proof of Clain the Chapter 11 case, and their Claim was not included in the Chapter 11 Plan in that case. As such, the objection is frivolous.

8. Debtor further states that "the claim is believed to be less than the amount filed, and the Debtor requests an itemization of all monies paid by the joint debtor in order to avoid paying on a claim on an inaccurate amount." Secured Creditor's claims includes the requisite 410A history, which details all payments made since the date of default.

9. The Debtor does not dispute the fact that the Proof of Claim is timely filed before the claim bar date. As such, Creditor submits the filing of said claim "shall constitute prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001 (f).

10. Creditor maintains that its Claim is correct as filed but has no opposition to the claim being allowed with no distribution, as the claim is not being treated inside the plan.

11. Creditor reserves the right to supplement this response at or prior to the hearing.

12. Creditor seeks its attorneys' fees and costs incurred in responding to Debtor's Objection and attending a hearing thereon.

                                            */s/Neisi I. Garcia Ramirez*
                                            Teresa M. Hair, FL Bar No. 44079
                                            Patrick Hruby, FL Bar No. 0088657
                                            Neisi I. Garcia Ramirez, FL Bar No. 91430
                                            Dennis J. LeVine, FL Bar No. 375993
                                            Jay Jones, FL Bar No. 90736

Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
FloridaBKLegal@brockandscott.com

B&S File No. 22-F01896    3 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br>PAOLA ANGULO, AKA PAOLA ANGULO ZAPATA<br>　　　　　　DEBTOR | CASE NO.  24-12108-RAM<br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection has been electronically served or mailed, postage prepaid on this day to the following:

PAOLA ANGULO
200 BISCAYNE BLVD WAY
APT 4702
MIAMI, FL 33131

Jose A Blanco
eservice@blancopa.com

Nancy K. Neidich, Bankruptcy Trustee
www.ch13miami.com

Office of the US Trustee, US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Date: April 18, 2025

　　　　　　　　　　　　　　　　　　　　*/s/Neisi I. Garcia Ramirez*
　　　　　　　　　　　　　　　　　　　　Teresa M. Hair, FL Bar No. 44079
　　　　　　　　　　　　　　　　　　　　Patrick Hruby, FL Bar No. 0088657
　　　　　　　　　　　　　　　　　　　　Neisi I. Garcia Ramirez, FL Bar No. 91430
　　　　　　　　　　　　　　　　　　　　Dennis J. LeVine, FL Bar No. 375993
　　　　　　　　　　　　　　　　　　　　Jay Jones, FL Bar No. 90736
　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　FloridaBKLegal@brockandscott.com

B&S File No. 22-F01896　　　　　　　　　　　　　4 of 1