# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.:  24-12108-BKC-RAM**
PROCEEDING UNDER CHAPTER 13

IN RE:

PAOLA ANGULO

DEBTOR_____/

## NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS

   **YOU ARE HEREBY NOTIFIED** that the Trustee's Motion to Dismiss Chapter 13 Case has been continued to **February 10, 2026** at **9:00 AM**. The hearing will be conducted by video conference. For instructions, please refer to the General Procedures for Hearings By Video Conference on the Court's website.  To participate in the hearing, you must register for the video conference no later than 3:00 pm one business day before the date of the hearing. To participate, click on the following link or manually enter the following link in a browser:
https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Trustee's Motion to Dismiss was mailed to those parties listed on this 26th day of January, 2026.


/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.:  24-12108-BKC-RAM

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
PAOLA ANGULO
200 BISCAYNE BLVD WAY
APT 4702
MIAMI, FL  33131

**ATTORNEY FOR DEBTOR**
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL  33013

**JOSE BLANCO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.