

ORDERED in the Southern District of Florida on January 26, 2026.

_____
Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Paola Angulo                                    Case No.: 24-12108-RAM
                                                          Chapter 13

              Debtor              /

### ORDER SUSTAINING RENEWED OBJECTION TO CLAIM OF REGIONS BANK

THIS MATTER having come to be heard without objection on the consent calendar on July 1, 2025, upon Debtor's Renewed Objection to Claim of Regions Bank; claim #17 ("Objection") [ECF#127] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is allowed as filed without distribution from the Chapter 13 Trustee.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST, Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)